UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-MJ-664 (ECW), 21-MJ-665 (ECW), and 21-MJ-674 (ECW)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REYEL DEVON SIMMONS,

    Defendant.

**UNDER SEAL**

**MOTION TO UNSEAL**

The United States of America, by and through its attorneys, W. Anders Folk, Acting United States Attorney for the District of Minnesota, and Alexander D. Chiquoine, Assistant United States Attorney, hereby moves the Court for an order to unseal the Search Warrants in the above-referenced matter.

This motion is based upon the following recent developments. First, the referenced search warrants were executed on September 20, 2021. Second, the target of the associated investigation, the defendant, Reyel Devon Simmons, was apprehended and taken into custody on that same day. With these developments, sealing of the search warrants is no longer necessary to preserve the investigation.

Dated: September 22, 2021

Respectfully Submitted,

W. ANDERS FOLK
Acting United States Attorney

*s/ Alexander D. Chiquoine*

BY:   ALEXANDER D. CHIQUOINE
        Assistant U.S. Attorney